

Partner Extranet    |    Site Map    |    日本のウェブサイト

Search >>

HOME    PRODUCTS    COMPANY    SALES    SUPPORT    CONTACT

# Sales Information

## Overview

SynQor is committed to providing you the highest level of customer support. We support our products with direct sales, manufacturers representatives and distribution partners. Click on your region in the map on the right to find the proper sales contacts. If you have questions about customer support or ordering, you can visit our **Sales Frequently Asked Questions (FAQ) section**. Our Technical Support Contacts are listed **here**.

## SynQor Sales Contact Information

Map > The Americas > United States > Wisconsin

### Direct Sales

**SynQor Dallas**
3302 West Miller Road
Suite 500
Garland, TX 75041
Phone: (214) 703-0402
Fax: (214) 703-0802
E-mail: power@synqor.com
Web: www.synqor.com

### Manufacturers Reps

**Victory Sales**
8401 Chagrin Road Suite 10A
Chagrin Falls, OH 44023
Phone: (440) 543-2500
Fax: (440) 543-2517
E-mail: snovak@victorysales.com
Web: www.victorysales.com

### Distributors

**Avnet**
3721 Valley Centre Drive
San Diego, CA 92130
Phone: (800) 677-6011
Fax: (800) 314-8550
Web: www.avnet.com

**Nu Horizons Electronics**
70 Maxess Road
Melville, NY 11747

Phone: (631) 396-5000  
Fax: (631) 396-5050  
E-mail: **nysales@nuhorizons.com**  
Web: **www.nuhorizons.com**

**^ back to top ^**

Copyright ©2008 SynQor | Phone: 978.849.0600

**Legal Notice** | **Privacy Policy**