Victory Sales



Victory Sales | About Us | Locations | Careers



**CEDAR RAPIDS**
**Victory Sales Inc.**
1221 Park Place NE, Suite G2
Cedar Rapids, Iowa 52402
Phone: 319-363-6556
Fax: 651-994-6978

[view map] | [travel info]

**DAYTON**
**Victory Sales Inc.**
10554 Success Lane, Suite D
Centerville, Ohio 45458
Phone: 937-886-9841
Fax: 937-886-9847

[view map] | [travel info]

**MILWAUKEE**
**Victory Sales Inc.**
405 N. Calhoun Road, Suite 110
Brookfield, Wisconsin 53005
Phone: 262-789-5770
Fax: 262-789-5760

[view map] | [travel info]

**CHICAGO**
**Victory Sales Inc.**
1920 Thoreau Drive, Suite 125
Schaumburg, Illinois 60173
Phone: 847-925-0927
Fax: 847-925-9163

[view map] | [travel info]

**DETROIT**
**Victory Sales Inc.**
38777 W. Six Mile Road, Suite 309
Livonia, Michigan 48152
Phone: 734-432-3151
Fax: 734-432-3146

[view map] | [travel info]

**MINNEAPOLIS**
**Victory Sales Inc.**
1210 Northland Dr., Suite 175
Mendota Heights, Minnesota 55120
Phone: 651-994-6890
Fax: 651-994-6978

[view map] | [travel info]

**CLEVELAND**
**Victory Sales Inc.**
8401 Chagrin Road Suite 10A
Chagrin Falls, Ohio 44023
Phone: 440-543-2500
Fax: 440-543-2517

[view map] | [travel info]

**INDIANAPOLIS**
**Victory Sales Inc.**
3077 E. 98th Street, Suite 215
Indianapolis, Indiana 46280
Phone: 317-705-3664
Fax: 317-581-0882

[view map] | [travel info]

**OTHER LOCATIONS**
Ft. Wayne, Indiana [Travel Info]
Kansas City, Kansas [Travel Info]
Lexington, Kentucky [Travel Info]
Louisville, Kentucky [Travel Info]
Holland, Michigan [Travel Info]
St. Louis, Missouri [Travel Info]
Pittsburgh, Penn. [Travel Info]

Back to top

© 2006 VICTORY SALES INC. | CONTACT US