Login/Register

Home | Technologies | Services | My Account | About Avnet

Home | Branch Locations | Avnet Green | Avnet in the News

EM Home | About Avnet | Branch Locations

1-800-408-8353   Printer Friendly

## Americas Branch Locations

**North America:**
- **United States of America**
- **Canada**
- **Mexico**
- **Puerto Rico**

**Latin America:**
- **Argentina**
- **Brazil**
- **Colombia**

### Corporate Headquarters

2211 S. 47th Street
Phoenix, Arizona 85034 USA          1-800-332-8638

## United States of America

### Alabama

**Huntsville**
4975 Bradford Drive                                                      256-837-8700
Huntsville, AL 35805

### Arizona

**Phoenix**
2617 S. 46th Street                                                      480-643-5600
Phoenix, AZ 85034

### California

**Irvine**
430 Exchange, STE 100                                                    949-789-4100
Irvine, CA 92602

**Los Angeles**
21155 Califa Street                                                      818-594-8200
Woodland Hills, CA 91367

**Sacramento**
580 Menlo Drive                                                          916-632-4500
Rocklin, CA 95765

**San Diego**
10805 Rancho Bernardo Road, Suite 110                                    858-385-7500
San Diego, CA 92127

**San Jose**
1820 McCarthy Blvd.                                                      408-435-3500
Milpitas, CA 95035

### Colorado

**Denver**
12600 East Arapahoe Road, Suite C                                        303-790-1662
Englewood, CO 80112

### Connecticut

**Connecticut**
20 Sterling Drive                                                        203-284-5700
Wallingford, CT 06492

## Florida

**Clearwater**
380 Park Place, Suite 170
Clearwater, FL 33759
727-507-5000

**Orlando**
2501 Discovery Drive #150
Orlando, FL 32826
407-657-3300

## Georgia

**Atlanta**
3450 Corporate Way, Suite A
Duluth, GA 30096
770-623-4400

## Illinois

**Chicago**
3030 Salt Creek Lane, Suite 300
Arlington Heights, IL 60005
847-797-7300

## Indiana

**Indianapolis**
630 W. Carmel Drive, Suite 100
Carmel, IN 46032
317-575-3500

## Kansas

**Kansas City**
9200 Indian Creek Parkway, Suite 600
Overland Park, KS 66210
913-663-7900

## Maryland

**Baltimore**
7134 Columbia Gateway Drive, Suite 100
Columbia, MD 21046
410-720-3400

## Massachusetts

**Boston**
10 Centennial Drive
Peabody, MA 01960
978-532-9700

## Michigan

**Detroit**
44191 Plymouth Oaks Boulevard, Suite 1300
Plymouth, MI 48170
734-416-5800

## Minnesota

**Minneapolis**
2740 American Boulevard West
Suite 150
Bloomington, MN 55431
952-346-3000

## Missouri

**St. Louis**
13750 Shoreline Drive
Earth City, MO 63045
314-770-6300

## New Jersey

**North Jersey**
200 Lanidex Plaza, Suite 7
Parsippany, NJ 07054
973-515-1641

**South Jersey**
7000 Atrium Way, Suite 6
Mt. Laurel, NJ 08054
856-222-6400

## New York

**Long Island**  
135 Engineers Rd. Suite 140  
Hauppauge, NY 11788  
631-582-7700

**Rochester**  
50 Methodist Hill Drive, Suite 700  
Rochester, NY 14623  
585-350-2800

## North Carolina

**Raleigh**  
5511 Capital Center Dr, Suite 500  
Raleigh, NC 27606  
919-859-9159

## Ohio

**Cleveland**  
30775 Bainbridge Road, Suite 200  
Solon, OH 44139  
440-349-7600

**Columbus**  
2800 Corporate Exchange #160  
Columbus, OH 43241  
614.865.1400

## Oklahoma

**Tulsa**  
10830 East 45th Street, Suite 312  
Tulsa, OK 74146  
918-384-3050

## Oregon

**Portland**  
1700 NW 167th PL, Suite 230  
Beaverton, OR 97006  
503-526-6200

## Texas

**Austin**  
9601 Amberglen Blvd. Suite 250  
Austin, TX 78729  
512-219-3700

**Dallas**  
2021 Lakeside Blvd.  
Richardson, TX 75082  
214-553-4300

**Rio Grande**  
2876 W. Trenton Road  
Edinburg, TX78539  
956-631-1610

**Houston**  
12808 W Airport Blvd, Suite 350  
Sugarland, TX 77478  
281-243-7330

## Utah

**Salt Lake City**  
2855 East Cottonwood Parkway, Suite 220  
Salt Lake City, UT 84121  
801-365-3800

## Washington

**Seattle**  
10785 Willows Rd NE, Suite 100  
Redmond, WA 98052  
425-882-7000

## Wisconsin

**Milwaukee**  
W232 N2960 Roundy Circle West  
Suite 200  
Pewaukee, WI 53072  
262-513-1500

## Canada

**Montreal**
7575 Trans Canada Hwy, Suite 600
St. Laurent, QC H4T1V6
Phone: 514-335-1000

**Vancouver**
4299 Canada Way, Suite 100
Burnaby, BC V5g1h3 Phone: 604-444-3810

**Ottawa**
190 Colonnade Rd
Nepean, ON K2E7J5
Phone: 613-226-1700

**Calgary**
2635 - 37th Avenue N.E. Suite 112
Calgary, ABT1y5Z6
Phone: 403-291-5510

**Toronto** (New location - May 5, 2008)
6950 Creditview Road, Unit 2
Mississauga, ON  L5N 0A6
Phone: 905-812-4400

## Mexico

**Guadalajara**
Av Iteso No. 8900, Edificio 1-B
Tlaquepaque, Jalisco 45080
Phone: 5233-3134-2300

**Rio Grande Valley**
2876 W. Trenton, 3rd Floor
Edinburg, TX 78539
Phone: USA 956-631-1610

**Cd. Juarez**
Av. Manuel Gomez Morim 871, Suite 107
Cd. Juarez, Chihuahua 32540
Phone: Mexico 656-640-3230 or USA 915-313-7580

**Mexican Border**
2617 S. 47th Street - Suite 100
Phoenix, AZ 85034
Phone: Mexico Toll Free 001-1-800-881-8463 or USA Toll Free 1-800-881-8463

## Puerto Rico

**San Juan**
Metro Office Park # 6, Suite 300
Guaynabo, Puerto Rico 00968
Phone: (787) 706-1888

## Argentina

**Buenos Aires**
Av. Jujuy 281, Piso 4 Dto D (C1083AAC)
Cdad. Aut. de Buenos Aires
Phone: 54-11-4932-7556 or 54-9-11-5182-9020

## Brazil

**Sao Paulo**
Rua Luis Gois, 1205 – 2o Andar
Sao Paulo, SP 04043-300
Phone: 5511-5079-2150

## Colombia

**Bogota**
Carrera 22 No 84-28 Barrio Polo
Bogota, DC A.A.91508
Phone: 57-1-256-7766

This site is governed by Avnet, Inc. Terms & Conditions, Legal Notices & Privacy Statements.    Copyright © 1995-2008 Avnet, Inc. All rights reserved.