IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LINEAGE POWER CORPORATION** | Civil Action No. 2:08-cv-95(TJW/CE) |
| vs. | **JURY TRIAL DEMANDED** |
| **SYNQOR, INC.** | |

### ORDER GRANTING AGREED MOTION TO CONSOLIDATE

Having considered the parties' Agreed Motion to Consolidate, the Court hereby **GRANTS** said Motion. It is therefore

**ORDERED** that civil action 2:09-cv-13(TJW) is hereby consolidated with this action, under civil action number 2:08-cv-95(TJW/CE) for all purposes, including trial.

Accordingly, the status conference scheduled for March 18, 2009 in 2:09-cv-13 case is cancelled.

SIGNED this 17th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE